**WILLIAM C. ATWATER & COMPANY, Inc., Appellant, v. UNITED STATES of America, Appellee.**

**No. 416.**

Circuit Court of Appeals, Second Circuit.

May 29, 1933.

Elihu Root, Jr., of New York City, and Edgar T. Beamish, of Brooklyn, N. Y. (H. H. Breland, and Dorothy N. Cook, both of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Fiorentino YENGO, Appellant, v. UNITED STATES of America, Appellee.**

**No. 467.**

Circuit Court of Appeals, Second Circuit.

June 12, 1933.

Irving K. Baxter, of Utica, N. Y., for appellant.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment of conviction affirmed.